RECEIVED

OCT 2 1 2019

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Corey Laron Hoskins Jr.

    Plaintiff(s),

    v.

Amazon
Supervisor: Doug Charles Millet

    Defendant(s). (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐    NO ☑

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain à right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.    Plaintiff's name: Corey Laron Hoskins Jr.

Plaintiff's address: 2762 Caroline St.
Street address or P.O. Box

Saint Louis, St. Louis, MO 63104
City/ County/ State/Zip Code

(424) 303-9948
Area code and telephone number

3.    Defendant's name: (Amazon) Supervisor: Doug Charles millet

Defendant's address: _____
Street address or P.O. Box

_____
City/County/State/ Zip Code

_____
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)                (City/County)              (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

_June 2019 — The discrimination is still_
                                                              _occuring._

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

☐ Yes    Date filed: _____

☑ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: _September 4, 2019_

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____   failure to hire me

_____   termination of my employment

__✓__   failure to promote me

_____   failure to accommodate my disability

_____   terms and conditions of my employment differ from those of similar employees

__✓__   retaliation

__✓__   harassment

_____   other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes                                    ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_\_    race

\_\_\_\_\_    religion

\_\_\_\_\_    national origin

\_\_\_\_\_    color

\_\_\_\_\_    gender

\_\_\_\_\_    disability

\_\_\_\_\_    age (birth year is: _____)

\_✓\_    other: because I didn't give my supervisor a chance to get personal with me outside and inside the workplace.

Did you state the same reason(s) in your charge of discrimination?

\_✓\_ Yes                    \_\_\_ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

(Continue to page 6, if additional space is needed.)

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

   ☑ are still being committed by the defendant.

   ☐ are no longer being committed by the defendant.

   ☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes. I am seeking $500,000 in damages and I would like a job transfer to anywhere in the United States.

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of October , 20 19 .

Signature of Plaintiff _Greg Holden_

8

Your Honor,

I, Corey Laron Hoskins Jr. am facing Discrimination in the workplace, retaliation and sexual harassment as a Transgender person.

I love my job! I am the best at what I do. I was hired on at Amazon as a "Seasonal Whole Food Shopper" May, 2019. In October, 2019 I was converted into a permanent role based on my tenure, attendance record and performance!

I have been experiencing emotional distress ever since my supervisor Doug Millet inappropriately brushed up against me in the workplace where a camera was present and his second attempt when he made me feel extremely uncomfortable standing next to him during one of his visits. He purposely stood too close to me and when I took a few steps away, he took a step closer.

When I last spoke with Julia Clark (Human Resources) on the phone; she told me they are done investigating my allegations and my case has been closed. I received a recap of our conversation through Email after we talked on the phone together.

She specifically stated in the email, "As part of this process, I spoke with relevant parties and reviewed relevant documentation. I completed a thorough investigation and did not find a violation of Amazon's policy."

I thought, What about the camera!?!? I am 100% sure Doug Millet can be seen on camera inappropriately brushing up against me. When we spoke on the phone, she told me they weren't able to check the camera at that site. Mind you, Julia is based out of TX. It's obvious she weren't able to check the camera at that site! This site is located in STL.

But I quickly asked her, what you mean y'all not able to check the cameras at that site then she pauses for a sec and says the camera must have been turned away when the incident happened. I couldn't believe she really told me two different responses in regards to the surveillance cameras.

She sounded real nervous, a bit hostile and extremely bothered while informing me about the completed investigation. Intuitively, I knew something wasn't right and I truly don't believe Amazon were looking out for my best interests while investigating my allegations because they were trying to save Doug for suffering the consequences such as embarrassment and termination while protecting their company in the process.

As far as speaking with relevant parties and reviewing relevant documentation, Julia did not need to speak with anyone other than Doug had she reviewed the camera because she would have saw the truth. I never bothered to ask her what documentation she read and who she spoke to because it was irrelevant.

During the early stage of this investigation, Amazon contacted Whole Foods and told the manager on duty to give me a message. This was after I randomly received a error on my shopper phone. I was all of a sudden unable to receive orders, to continue shopping and staging my orders for delivery. They locked me out the system and I suffered from embarrassment.

I didn't understand why.

The message insisted that I clock out immediately, leave the premises, do not come back until I speak to them about something that had nothing to do with my allegations and If I did not follow orders then the police will be called.

I was forced to leave my job, I was unable to complete my shift, money was taken from me and I was expelled from the work site. When I finally talked to Amazon, I was told that a situation was brought to their attention about a subliminal childish interaction that recently had happened in the workplace that I did not entertain with other employees yet somehow ended up being reported as if I am behaving in a unprofessional manner. I'm a introvert! I do my work and go home.

The real reason why the interaction took place was because word got out that I was the one picking all the shifts when they drop. Due to confidentiality, I'm not going to say any names but they were all gossiping about me and I knew exactly who and what they were talking about when it was brought to my attention. I couldn't believe I lost ▬the remainder of my shift due to hearsay. It was very high school like.

Your honor, It's first come, first serve and though I don't believe I get all the shifts all the time because there are times I don't get any or not as many. I do agree that I am good at selecting shifts for the week. I work so many hours, I've over heard complaints that I work too much but once again, I love my job and genuinely want to be there. I haven't done anything wrong and I'm not going to start.

Nonetheless, I cleared my name up and was allowed to go back to work for my next scheduled shift. They were going to suspend me from work but I fought for my job, because I knew someone was either trying to get me fired or make me look bad.
I wasn't going to let that happen.

I have 0 attendance points, above average metrics scores, neat bagging skills, I'm a hour early to every scheduled work shift, I have a genuine relationship with Amazon brand, I work my butt off, I go above and beyond and I'm constantly working on ways to improve my performance in the work place. I do not believe I should be treated anything less than I deserve, shunned by my coworkers for being a hustler and discredited because I won't take the hint and hook up with my Supervisor. I take pride in my work and I want to keep things professional.

Each month you can earn super user silver and Gold status based on the following work hours.

80 hours (including weekend days) in a calendar month = SILVER
(reward/Amazon swag "item of the month")

90 hours (including weekend days) in a calendar month = GOLD
(reward/Amazon swag and Early Shift access on CSSM)

Super user status will be awarded the second week of each month and continue for four weeks unless you earn status again.

Your honor, I've worked +100.75 total hours in June. +51.45 total hours in July. +153.41 total hours in August and +142.77 hours in September. Super user status are awarded the second week of each month and continue for four weeks unless you earn status again. How come I'm not GOLD status based on my following work hours?

I have never received any Swag from Doug. He doesn't acknowledge my hard work and he doesn't follow up with me about my pick rate when he stops by. He hasn't done so since I started working. He's supposed to review my pick rate with me to let me know whether I am at or above the expected pick rate goal or below it and whether I need improvement if need be. It's awkward when he stops by. He'll check in with other Amazonians except me and we don't speak to each other. I have my reasons and I guess he has his.

I do ▬ believe that no true effort was made to investigate my complaint of discrimination and sexual harassment.
I do not believe I am being treated fairly. I am seeking $500,000 in damages and I would like a job transfer to anywhere in the United States as a regular shopper. I don't believe that I will receive justice unless Doug Millet is fired from Amazon. I went into detail in my report about my entire experience since Day 1 at Amazon and have all the documentation you need attached to this complaint.

Best regards,
Corey Laron Hoskins Jr.

Signature _Corey Hoskins_    Date _10|21|19_